# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**                      **CRIMINAL NO. 4:11CR116-MPM-JMV**

**DAVID LEAHMONT LEAHMAN**

## ORDER

Before the court is the defendant's motion to reveal and disclose information to the defense (Doc. 30), filed January 23, 2012. Specifically, the defendant states that proceedings for taking confiscated items have been initiated against Narcotics Agent Casey Wiggins and Officer Scott of the "Narcotics Agent Taskforce." Defendant further states that these individuals "contributed the most damaging evidence, statements, and possible testimony" against him in this action and essentially that information regarding "officer misconduct" is relevant to the truthfulness and trustworthiness of Wiggins' and Scott's testimony or statements. The government responds that it understands its responsibilities and obligations under *Brady and Giglio* and that it already has complied and will continue to comply with those requirements as information becomes available. Accordingly, the instant motion is hereby denied.

**SO ORDERED** this, the 3rd day of February, 2012.

                                                 /s/ Jane M. Virden
                                                 **U. S. MAGISTRATE JUDGE**